## AFFIDAVIT OF MICKEY STINES

I, **Mickey Stines**, currently serve as Sheriff of Letcher County, Kentucky. I took office in January 2019. I have over 18 years' experience in law enforcement and prior to becoming sheriff served as a deputy in the Letcher County Sheriff's Department.

I am aware that there was an investigation during 2018 into allegations that Plaintiff improperly used her "benefits card" at certain pharmacy where she had family members working to obtain cash. These are cards issued to county employees to assist with medical bills and prescriptions – not to be used as an ATM card. Due to Plaintiff's relationship with those working at the pharmacy she was able to manipulate the system to improperly obtain cash from this card at the expense of the county. As a result of Plaintiff's actions, it is my understanding that she was being investigated for felony theft prior to the end of her employment with the sheriff's office. I am aware that there are interview tapes where Plaintiff has admitted that she had improperly obtained cash payments from the card.

Additionally, I am aware of complaints that while serving as a deputy Plaintiff would identify individuals as "rats" on social media, would place photos of accident victims on social media, and during election season was accused of campaigning on county time and while in uniform. Plaintiff went so far at times to stand in the sheriff's office during the election season and tell others, including employees, that I was a drug dealer.

Other deputies that worked under Sheriff Webb were offered positions once I took office. These deputies included Mike Enfuse, Lashawnda Frazier, Eugene Slone (who ran against me) and Sidney Fields. Plaintiff's employment was terminated by the former sheriff – not by me. Plaintiff's political activities, exercise of her free speech rights, nor any other protected conduct had nothing to do with the decision not to hire Plaintiff as a deputy once I took office.

Further the affiant sayeth naught.

Mickey Stines, Sheriff
Letcher County, Kentucky

Exhibit 7

COMMONWEALTH OF KENTUCKY    )

COUNTY OF LETCHER                      )

Subscribed and sworn to before me by Mickey Stines this 30th day of December, 2019.

My Commission expires: March 8, 2023.

_____
Notary Public

Exhibit 7