

## AFFIDAVIT OF ALISHA CONGLETON

Comes the Affiant, Alisha Congleton, under oath and for her affidavit states as follows:

1. The Affiant states that she is 33 years of age and was previously serving as a deputy for the Letcher County Sheriff's Department for four years and previously served in the Whitesburg Police Department.

2. The Affiant states that she was not rehired to continue as a Deputy Sheriff after Mickey Stines was elected Sheriff and was sworn in January 2019.

3. The Affiant states that she is convinced that her exercise of her first amendment rights in actively campaigning against Stines in both the May primary and the November election were the substantial factor in causing her not to keep her employment. Specifically the Affiant states that in the May election Stines was opposed by Eugene Slone who the Affiant supported.

4. The Affiant posted information on social media urging people to vote for Slone. Likewise in the November election the Affiant actively supported Barry Engle who was the Independent candidate in the November election. Attached to this Affidavit are several media postings in which the Affiant praises Engle.

5. The Affiant states that she went door to door and asked many of her friends to support Engle.

6. The Affiant states that Stines was well aware of her campaign activity and specifically told Barry Engle that the Affiant was "killing him" in certain political precincts in the Jenkins area of Letcher County. Stines made this statement in the weeks running up to the election. Stines personally told the Affiant that he was going to fire her and it was clear from the context of the statement that he did so because was fully aware that the Affiant had campaigned against him. This statement was made in the Letcher County Sheriff's Office after Stines was elected but prior to him being sworn in as Sheriff.

7. The Affiant states that he has reviewed the Affidavits submitted by the Defendant and totally disagrees with the attack on her character and integrity and states that there was no basis to believe that she committed any wrongdoing.

8. The Affiant further states that the false statements made against her in the pleadings are simply a smoke screen and a pretext to justify not hiring her due to her free speech activities.

9. The Affiant further states that in doing her duties as a Deputy Sheriff it was not a politically sensitive position and that her duties were totally governed by enforcing the applicable Kentucky laws and that she did not make policy within the Sheriff's Department.

10. The Affiant further states that she believes if she would have actively supported Stines she would have kept her job as a Deputy.

11. The Affiant states that since her discharge she has become aware that the two deputies who continued to work for the Letcher Sheriff's Department, namely Mike Enfus and Lashonna Frazier, both were supportive of Stines during the campaign. The Affiant states that she does not believe that is a coincidence and that herself and Barry Engle, who were both deputies under the prior administration, were not kept because they did not support the candidacy of Stines.

12. The Affiant states that in an attempt to cover up for the political retaliation Stines practiced against her, Stines has since issued bogus investigations of the Affiant. The Affiant has been repeatedly advised that the investigations initiated by Stines have no merit.

13. The Affiant states that also attached to this Affidavit is a memorandum from former Sheriff Danny Webb which indicates that "the sole authority for Policy Changes and or Revisions for this office lies solely with the Sheriff." The Affiant understands this memorandum as confirming the fact that she was not a political appointee.

Further the Affiant sayeth naught.

*Alisha Congleton*
Alisha Congleton

STATE OF KENTUCKY
COUNTY OF Floyd

The foregoing document was subscribed and sworn before me by Alisha Congleton to be the truth to the best of her knowledge, this the 9th day of January, 2020.

NOTARY PUBLIC, STATE OF KENTUCKY

My Commission Expires: 9/6/2020