UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| ALISHA CONGLETON, | CIVIL ACTION NO. 7:19-20-KKC |
| **Plaintiff,** | |
| **V.** | **JUDGMENT** |
| **MICKEY STINES**, *Individually and in his official capacity as Letcher County Sheriff,* | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

In accordance with the opinion and order entered on this date, the Court hereby ORDERS

and ADJUDGES as follows:

1) Defendant Mickey Stines' motion for summary judgment (DE 17) is GRANTED;

2) judgment is entered in favor of Mickey Stines, individually and in his official

   capacity as Letcher County Sheriff;

3) this matter is STRICKEN from the Court's active docket; and

4) this judgment is FINAL and APPEALABLE.

Dated June 11, 2020

*Karen K. Caldwell*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY